UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
Edward Johnson,                  :
          Plaintiff,             :
                                 :
          v.                     : File No. 2:12 CV 138
                                 :
Andrew Pallito, Commissioner,    :
Vermont Department of            :
Corrections,                     :
          Defendant.             :
```

ORDER


        The Report and Recommendation of the United States

Magistrate Judge was filed May 17, 2013.  After careful review

of the file and the Magistrate Judge's Report and

Recommendation, no objections having been filed by any party,

this Court ADOPTS the Magistrate Judge's recommendations in

full for the reasons stated in the Report.

        The defendant's motion to dismiss (Doc. 42) is **GRANTED**,

and plaintiff be granted further leave to amend.  Failure to

file a timely Third Amended Complaint will result in dismissial

of this case with prejudice.

        Dated at Burlington, in the District of Vermont, this 5th

day of June, 2013.


                                /s/ William K. Sessions III
                                William K. Sessions III
                                U. S. District Judge