UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Edward Johnson, | : |
|     Plaintiff, | : |
| | : |
|     v. | : File No. 2:12 CV 138 |
| | : |
| Andrew Pallito, Commissioner, | : |
| Vermont Department of | : |
| Corrections, | : |
|     Defendant. | : |

<u>ORDER</u>

    The Report and Recommendation of the United States Magistrate Judge was filed May 17, 2013.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The defendant's motion to dismiss (Doc. 42) is **GRANTED**, and plaintiff be granted further leave to amend.  Failure to file a timely Third Amended Complaint will result in dismissial of this case with prejudice.

    Dated at Burlington, in the District of Vermont, this 5th day of June, 2013.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
U. S. District Judge